estate of Edward Howard, deceased, for payment of debts. No opinion. Judgment affirmed, with costs. For opinion of surrogate granting the application, see 32 N. Y. Supp. 1098.

INTERSTATE STEAMBOAT CO. v. FIRST NAT. BANK OF SYRACUSE et al. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by the Interstate Steamboat Company against the First National Bank of Syracuse, Joseph A. Bradburn, and others. No opinion. Order reversed, with $10 costs and disbursements. All concur.

JOHNSON, Respondent, v. REUTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1896.) Action by Mary Johnson against Charles Reuter. No opinion. The court having already ruled that it had no power to compel arguments at the present term of the court, the motion is denied, without costs.

JONES, Appellant, v. AETNA INS. CO., Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Truman Jones against the Aetna Insurance Company. No opinion. Judgment affirmed, with costs.

JONES, Appellant, v. AETNA INS. CO. OF HARTFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Truman Jones against Aetna Insurance Company of Hartford and others. No opinion. Motion denied, with $10 costs and disbursements.

JONES, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (City Court of Brooklyn, General Term. December 23, 1895.) Action by William H. Jones, as administrator, etc., against the Brooklyn Heights Railroad Company. Morris & Whitehouse, for appellant. Baldwin F. Strauss, for respondent.

PER CURIAM. Action to recover damages for negligently causing the death of plaintiff's intestate, a child four years of age. Plaintiff had a verdict, and defendant appeals from the judgment entered thereon, and the order denying motion for a new trial. The learned counsel for the appellant contends that the motion to dismiss the complaint should have been granted on the grounds: First, that plaintiff failed to prove any negligence on the part of defendant's servants; and, second, that plaintiff failed to prove freedom from contributory negligence on the part of the parents of the deceased child. On a previous appeal in this case (10 Misc. Rep. 543, 31 N. Y. Supp. 445), this court held, on substantially the same evidence on the part of the plaintiff, that neither of these points was well taken. A careful examination of the evidence adduced on behalf of the defendant on this trial affords no ground for altering the former decision. The questions as to negligence of defendant and freedom from contributory negligence on the part of the child's parents were properly left to the jury to decide,

and the verdict is well sustained by the evidence. Judgment and order denying motion for a new trial affirmed, with costs.

KNUDSON, Respondent, v. BOYES, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1896.) Action by Olaf K. Knudson against Charles W. Boyes. Stewart & Macklin, for appellant. J. K. Symmers, for respondent. No opinion. Judgment affirmed, with costs.

LANGWORTHY, Respondent, v. CRESSEY, Appellant. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by John R. Langworthy against Elverton B. Cressey. No opinion. Judgment and order affirmed. WARD, J., not sitting. For decision at special term, see 31 N. Y. Supp. 85.

LA RUE, Appellant, v. SMITH, Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Francis W. La Rue, executor, against John G. Smith. No opinion. Judgment affirmed, with costs.

LESTER et al., Appellants, v. WORDEN et al., Respondents. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Merriman J. Lester and others against Harmon W. Worden and others. No opinion. Judgment affirmed, with costs. MAYHAM, P. J., not sitting.

LESTER et al., Appellants, v. WORDEN et al, Respondents. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Merriman J. Lester and others, as overseers, etc., against Harmon W. Worden and others. No opinion. Motion granted. No costs to either party.

LITTLE, Appellant, v. CALLUS et al., Respondents. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Adelbert P. Little against Alfred W. Callus, and others. No opinion. Reargument ordered.

LONG, Appellant, v. NEW YORK EL. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1896.) Action by Isaac S. Long and others against the New York Elevated Railway Company. E. A. Hibbard, for appellant. B. Tolles, for respondent. No opinion. Judgment affirmed, with costs.

McCLAVE v. GIBB. (Superior Court of New York City, General Term. December 18, 1895.) Action by John McClave against John Gibb. W. B. Ellison, for appellant. Parsons, Shepard & Ogden, for respondent.

PER CURIAM. The findings of fact and conclusion of law find support in the record, which discloses no error requiring a new trial. The judgment must therefore be affirmed, with costs.